

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00628-CR

Earl Spencer **WOODS**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0765-CR-A
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 23, 2024.

_____
Lori Massey Brissette, Justice